BOERSCH SHAPIRO LLP
Martha Boersch (State Bar No. 126569)
Mboersch@boerschshapiro.com
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Defendant
Tony Ye

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TONY YE,<br><br>Defendant. | Case No. 18-mj-71660-MAG<br><br>**STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE CASH BOND AND FOR RELEASE OF PROPERTY BOND** |

Defendant Tony Ye, through his counsel Lara Kollios, and the United States of America, through Assistant United States Attorney Patrick R. Delahunty, hereby stipulate and agree as follows:

1. On November 21, 2018, Mr. Ye appeared before this Court for an initial appearance and was release on an unsecured $1,000,000 bond. Dkts. 4 and 5.

2. On February 7, 2019, Mr. Ye again appeared before this Court for a further bond hearing. The Court ordered that Mr. Ye remain released on bond and ordered that the modified bond of $750,000 be secured by equity of real property by February 15, 2019. Dkts. 19 and 22.

3. On February 14, 2019, Mr. Ye posted his property at 423 Seminary Street, Napa, CA 94556 with the Clerk of the Court for the Northern District of California ("Clerk's Office") to secure

1　　STIPULATION AND [PROPOSED]
ORDER TO SUBSTITUTE BOND
Case No. 18-mj-71660-MAG

the $750,000 bond. Dkt. 23.

4.  Mr. Ye now wishes to sell the real property at 423 Seminary Street, Napa, CA 94556 currently securing his bond, and to substitute a cash bond of $750,000 from the sale of such property to secure his bond.

5.  Upon receipt of wiring instructions from the Clerk's office, funds from the sale of 423 Seminary Street, Napa, CA 94556 will be transferred from the escrow company managing the sale directly to the Clerk's Office.

6.  The parties stipulate and request that the Court permit Mr. Ye to substitute the cash bond in lieu of the property bond.

Respectfully submitted,

Dated: February 26, 2019     BOERSCH SHAPIRO LLP

*/s/ Lara Kollios*
LARA KOLLIOS
Attorney for Defendant
Tony Ye

Dated: February 26, 2019     ALEX G. TSE
United States Attorney

*/s/ Patrick R. Delahunty*
PATRICK R. DELAHUNTY
Assistant United States Attorney
Attorney for the United States of America

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED, based on the stipulation of the parties, and good cause appearing, that defendant Tony Ye may substitute a cash bond to secure the $750,000 bond for the property bond currently posted with the Clerk's Office. The Clerk's Office shall provide the defendant with the wire instructions needed to post his cash bond and shall execute the Full Reconveyance deed upon receipt of the $750,000 cash.

IT IS SO ORDERED.

Dated: February __, 2019

_____
HON. SUSAN VAN KEULEN
United States Magistrate Judge