**HOLMES, TAYLOR, ATHEY, COWAN & JONES LLP**
Andrew S. Cowan (SBN: 165435)
acowan@holmestaylor.com
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017
Tel:  (213) 985-2200
Fax: (213) 973-6282

Attorneys for Defendant Tony Ye

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | CASE NO:  19-CR-0111-2-LHK |
|---|---|
| Plaintiff, | **UNOPPOSED MOTION TO MODIFY TERMS OF PRETRIAL RELEASE; [PROPOSED] ORDER** |
| v. | |
| JIANYUN "TONY" YE, | |
| Defendant. | |

Defendant Tony Ye, by and through his counsel Andrew S. Cowan, moves the Court to modify the conditions of his pretrial release to allow a brief family vacation in July 2021.  The motion is not opposed by the government.

1. On November 21, 2018, Mr. Ye was released on an unsecured $1,000,000 bond.  Dkts. 4 and 5.  On February 7, 2019 the bond was modified to a $750,000 bond secured by equity of real property.  [Dkts. 19 and 22].  On November 24, 2020 the Court, upon stipulation of the parties, modified the bond to allow Mr. Ye to travel to the Central District of California for the purpose of meeting with his counsel. [Dkt. 72].

2. The bond now provides that Mr. Ye shall not travel outside the Northern District of California, except for travel to the Central District of California to meet with his counsel.

3. Mr. Ye desires to take a brief trip with his fiancée and her 9-year old son in July. They presently plan to drive to Lake Shasta on or about July 9, 2021, spend the evening there, and then proceed to Beaverton, Oregon for several days. They would drive back home on or about July 12, 2021. (They can reschedule the trip for later in July if necessary). Mr. Ye is willing to provide a detailed itinerary of his trip to his Pretrial Services officer prior to his departure. Mr. Ye cares for two elderly parents at home, and is able to take a few days off in July because his college-age daughter is on break now and will be able to care for them.

4. Mr. Ye requests that the Court modify the conditions of his pretrial release to allow him to travel to the Eastern District of California and to Oregon for this trip, provided that he provides his itinerary to Pretrial Services and obtains permission from his supervising Pretrial Services Officer. The modified bond would contain this condition: that in the event of a failure or malfunction in Mr. Ye's electronic monitoring device, he shall return to the Pretrial Services Office in San Jose within 24 hours to have the problem remedied.

5. Counsel for Mr. Ye has conferred with Pretrial Services Officer Kim Do, who is presently supervising Mr. Ye. She stated that it is the general practice of Pretrial Services to oppose overnight travel for individuals subject to location monitoring. She also noted that Mr. Ye has been cooperative and compliant during his period of supervision. She further recommended that this stipulation include the 24-hour return requirement set forth in paragraph 4, above.

6. Counsel for Mr. Ye has also conferred with Assistant United States Attorney Sheila Armbrust, counsel for the government. She has stated that the government has no opposition to this motion, given the stated position of the supervising Pretrial Services Officer.

Dated: July 7, 2021        **HOLMES, TAYLOR, ATHEY, COWAN & JONES**

By: */s/ Andrew S. Cowan*
    Andrew S. Cowan
    Attorneys for Defendant Tony Ye

## [PROPOSED] ORDER

IT IS HEREBY ORDERED, based on the unopposed motion of the defendant, and good cause appearing, that the terms of release for defendant Tony Ye, initially set on November 21, 2018, shall be modified as follows:

Defendant shall be permitted to travel to the Eastern District of California and to Oregon for the purpose of taking a family trip. Defendant shall provide his Pretrial Services Officer with an itinerary in advance of the trip, and shall obtain permission via email from Pretrial Services prior to traveling. In the event of a failure or malfunction in defendant's electronic monitoring device, he shall return to the Pretrial Services Office in San Jose within 24 hours to have the problem remedied.

IT IS SO ORDERED.

DATED:_____      _____
                            HON. LUCY H. KOH
                            United States District Judge