```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION


UNITED STATES OF AMERICA,       )
                                )   CR-19-00111 BLF
              PLAINTIFF,        )
                                )   SAN JOSE, CALIFORNIA
         VS.                    )
                                )   MAY 26, 2021
JIANYUN "TONY" YE,              )
                                )   PAGES 1 - 17
              DEFENDANT.        )
_____)


                   TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE LUCY H. KOH
                 UNITED STATES DISTRICT JUDGE



A P P E A R A N C E S:

FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                       BY:  SHEILA ANIL GOGATE ARMBRUST
                       450 GOLDEN GATE AVENUE
                       BOX 36055
                       SAN FRANCISCO, CALIFORNIA 94102

FOR THE DEFENDANT:     HOLMES, ATHEY, COWAN & MERMELSTEIN LLP
                       BY:  ANDREW S. COWAN
                       811 WILSHIRE BOULEVARD, SUITE 1460
                       LOS ANGELES, CALIFORNIA 90017

OFFICIAL COURT REPORTER:
                       IRENE L. RODRIGUEZ, CSR, RMR, CRR
                       CERTIFICATE NUMBER 8074


         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                TRANSCRIPT PRODUCED WITH COMPUTER
```

|  |  |  |
|---|---|---|
| | 1 | SAN JOSE, CALIFORNIA                                    MAY 26, 2021 |
| | 2 | P R O C E E D I N G S |
| | 3 | |
| 10:18AM | 4 | (COURT CONVENED AT 10:18 A.M.) |
| 10:18AM | 5 | THE CLERK:  CALLING CASE 19-111, UNITED STATES |
| 10:18AM | 6 | VERSUS JIANYUN "TONY" YE. |
| 10:18AM | 7 | COUNSEL, STATE YOUR APPEARANCES. |
| 10:18AM | 8 | MS. ARMBRUST:  GOOD MORNING, YOUR HONOR. |
| 10:18AM | 9 | SHEILA ARMBRUST FOR THE UNITED STATES. |
| 10:18AM | 10 | MR. COWAN:  GOOD MORNING, YOUR HONOR. |
| 10:18AM | 11 | ANDY COWAN ON BEHALF OF DEFENDANT TONY YE WHO IS PRESENT. |
| 10:18AM | 12 | THE DEFENDANT:  GOOD MORNING, YOUR HONOR. |
| 10:18AM | 13 | THE COURT:  GOOD MORNING.  WELCOME TO EVERYONE. |
| 10:18AM | 14 | THANK YOU FOR BEING HERE. |
| 10:18AM | 15 | LET ME ASK MS. DIBBLE IF YOU WOULD PLEASE SWEAR IN MR. YE. |
| 10:18AM | 16 | HE'S BEEN ARRAIGNED ON THE SUPERSEDING INFORMATION; |
| 10:18AM | 17 | CORRECT? |
| 10:18AM | 18 | MS. ARMBRUST:  YES, YOUR HONOR. |
| 10:18AM | 19 | THE COURT:  ALL RIGHT.  THANK YOU. |
| 10:18AM | 20 | MS. DIBBLE, GO AHEAD, PLEASE. |
| 10:18AM | 21 | THE CLERK:  YES, YOUR HONOR. |
| 10:18AM | 22 | SIR, IF YOU COULD PLEASE RAISE YOUR RIGHT HAND. |
| 10:18AM | 23 | (DEFENDANT WAS GIVEN THE OATH.) |
| 10:18AM | 24 | THE DEFENDANT:  YES, I DO. |
| 10:18AM | 25 | THE CLERK:  THANK YOU. |

| | | |
|---|---|---|
| 10:18AM | 1 | THE COURT: MR. YE, I HAVE SOME QUESTIONS TO ASK |
| 10:18AM | 2 | YOU. IF YOU NEED ME TO EXPLAIN OR REPEAT ANYTHING, WOULD YOU |
| 10:19AM | 3 | PLEASE TELL ME. |
| 10:19AM | 4 | THE DEFENDANT: YES, YOUR HONOR. |
| 10:19AM | 5 | THE COURT: IF YOU NEED TO SPEAK WITH YOUR ATTORNEY, |
| 10:19AM | 6 | MR. COWAN, AT ANY TIME, WOULD YOU PLEASE DO SO? |
| 10:19AM | 7 | THE DEFENDANT: YES, YOUR HONOR. |
| 10:19AM | 8 | THE COURT: ALL RIGHT. SIR, YOU HAVE TAKEN THE |
| 10:19AM | 9 | OATH, WHICH IS A PROMISE TO TELL THE TRUTH. IF YOU MAKE A |
| 10:19AM | 10 | STATEMENT TODAY THAT IS NOT TRUE, THE GOVERNMENT CAN USE THAT |
| 10:19AM | 11 | STATEMENT TO PROSECUTE YOU FOR PERJURY. |
| 10:19AM | 12 | DO YOU UNDERSTAND THAT? |
| 10:19AM | 13 | THE DEFENDANT: YES, YOUR HONOR. |
| 10:19AM | 14 | THE COURT: WHAT IS YOUR TRUE NAME? |
| 10:19AM | 15 | THE DEFENDANT: "TONY" JIANYUN YE. |
| 10:19AM | 16 | THE COURT: HOW OLD ARE YOU? |
| 10:19AM | 17 | THE DEFENDANT: FIFTY-THREE. |
| 10:19AM | 18 | THE COURT: WHAT IS THE HIGHEST LEVEL OF SCHOOLING |
| 10:19AM | 19 | THAT YOU'VE ATTENDED? |
| 10:19AM | 20 | THE DEFENDANT: MASTER'S DEGREE IN U.C. BERKELEY. |
| 10:19AM | 21 | THE COURT: ALL RIGHT. THANK YOU. DID YOU READ |
| 10:19AM | 22 | YOUR PLEA AGREEMENT? |
| 10:19AM | 23 | THE DEFENDANT: YES, I DID. |
| 10:19AM | 24 | THE COURT: DO YOU UNDERSTAND YOUR PLEA AGREEMENT? |
| 10:19AM | 25 | THE DEFENDANT: YES, I DO, YOUR HONOR. |

```
10:19AM   1              THE COURT:  HAVE YOU HAD ENOUGH TIME TO DISCUSS YOUR
10:19AM   2   PLEA AGREEMENT WITH YOUR ATTORNEY?
10:19AM   3              THE DEFENDANT:  YES, I DO, YOUR HONOR.
10:19AM   4              THE COURT:  HAS YOUR ATTORNEY BEEN ABLE TO ANSWER
10:19AM   5   YOUR QUESTIONS ABOUT YOUR PLEA AGREEMENT?
10:19AM   6              THE DEFENDANT:  YES, HE DID.
10:19AM   7              THE COURT:  ARE YOU SATISFIED WITH THE SERVICES YOUR
10:19AM   8   ATTORNEY HAS PROVIDED TO YOU?
10:19AM   9              THE DEFENDANT:  YES, I DO.
10:19AM  10              THE COURT:  YOU ARE SATISFIED; CORRECT?
10:20AM  11              THE DEFENDANT:  YES.
10:20AM  12              THE COURT:  OTHER THAN THE PROMISES CONTAINED IN THE
10:20AM  13   PLEA AGREEMENT, HAS ANYONE ELSE PROMISED YOU ANYTHING IF YOU
10:20AM  14   PLEAD GUILTY TODAY?
10:20AM  15              THE DEFENDANT:  NO, YOUR HONOR.
10:20AM  16              THE COURT:  HAS ANYONE MADE ANY THREATS AGAINST YOU
10:20AM  17   IN ORDER TO GET YOU TO PLEAD GUILTY?
10:20AM  18              THE DEFENDANT:  NO, YOUR HONOR.
10:20AM  19              THE COURT:  IS YOUR DECISION TO PLEAD GUILTY FREE
10:20AM  20   AND VOLUNTARY?
10:20AM  21              THE DEFENDANT:  YES, YOUR HONOR.
10:20AM  22              THE COURT:  HAVE YOU TAKEN ANY DRUG OR MEDICATION
10:20AM  23   THAT AFFECTS YOUR ABILITY TO UNDERSTAND WHAT IS HAPPENING
10:20AM  24   TODAY?
10:20AM  25              THE DEFENDANT:  NO, YOUR HONOR.
```

10:20AM  1        THE COURT: LET ME JUST NOTE FOR THE RECORD THAT
10:20AM  2  EVERYONE IS IN PERSON TODAY. NO ONE IS APPEARING REMOTELY.
10:20AM  3        LET ME ASK MS. ARMBRUST, WOULD YOU PLEASE STATE THE
10:20AM  4  ELEMENTS THAT THE GOVERNMENT WOULD HAVE TO PROVE BEYOND A
10:20AM  5  REASONABLE DOUBT AT TRIAL IN ORDER FOR MR. YE TO BE CONVICTED
10:20AM  6  OF COUNTS ONE AND TWO OF THE SUPERSEDING INFORMATION.
10:20AM  7        MS. ARMBRUST: YES, YOUR HONOR.
10:20AM  8     COUNT ONE ALLEGES A VIOLATION OF TITLE 18 UNITED STATES
10:20AM  9  CODE SECTION 371, CONSPIRACY TO DEFRAUD THE UNITED STATES.
10:20AM 10     AT TRIAL THE GOVERNMENT WOULD HAVE TO PROVE, FIRST, THAT
10:20AM 11  MR. YE ENTERED INTO AN AGREEMENT WITH ANOTHER PERSON TO
10:21AM 12  OBSTRUCT A LAWFUL FUNCTION OF THE UNITED STATES CITIZENSHIP
10:21AM 13  INTO THE IMMIGRATION SERVICES, OTHERWISE CALLED USCIS, A
10:21AM 14  COMPONENT OF THE DEPARTMENT OF HOMELAND SECURITY, BY DECEITFUL
10:21AM 15  OR DISHONEST MEANS; SECOND, THAT ONE OF THE MEMBERS OF THE
10:21AM 16  CONSPIRACY PERFORMED AT LEAST ONE OVERT ACT FOR THE PURPOSE OF
10:21AM 17  CARRYING OUT THE CONSPIRACY.
10:21AM 18     THE GOVERNMENT WOULD ALSO HAVE TO PROVE WITH RESPECT TO
10:21AM 19  COUNT TWO, WHICH CHARGES A VIOLATION OF TITLE 18 UNITED STATES
10:21AM 20  CODE SECTION 1512(B)(3), OBSTRUCTION OF JUSTICE, THAT, FIRST,
10:21AM 21  MR. YE KNOWINGLY INTIMIDATED, THREATENED OR CORRUPTLY PERSUADED
10:21AM 22  ANOTHER PERSON; SECOND, WITH INTENT TO HINDER, DELAY OR PREVENT
10:21AM 23  THE COMMUNICATION OF INFORMATION TO A LAW ENFORCEMENT OFFICER
10:21AM 24  OF THE UNITED STATES; AND, THIRD, THAT THIS RELATED TO THE
10:21AM 25  COMMISSION OF A POSSIBLE, OR POSSIBLE COMMISSION OF A FEDERAL

```
10:21AM   1    OFFENSE.
10:22AM   2              THE COURT:  MR. YE, DO YOU UNDERSTAND THE ELEMENTS
10:22AM   3    THAT THE GOVERNMENT WOULD HAVE TO PROVE BEYOND A REASONABLE
10:22AM   4    DOUBT AT TRIAL IN ORDER FOR YOU TO BE CONVICTED OF COUNTS ONE
10:22AM   5    AND TWO?
10:22AM   6              THE DEFENDANT:  YES, YOUR HONOR, I DO.
10:22AM   7              THE COURT:  WOULD YOU PLEASE STATE THE MAXIMUM
10:22AM   8    PENALTIES PROVIDED BY LAW FOR THESE TWO COUNTS?
10:22AM   9              MS. ARMBRUST:  YES, YOUR HONOR.  FOR COUNT TWO THE
10:22AM  10    MAXIMUM PENALTIES ARE FIVE YEARS IN PRISON, A $250,000 FINE,
10:22AM  11    THREE YEARS OF SUPERVISED RELEASE, A MANDATORY $100 SPECIAL
10:22AM  12    ASSESSMENT, AND RESTITUTION TO BE DETERMINED BY THE COURT.
10:22AM  13         FOR COUNT TWO, THE MAXIMUM PENALTIES ARE 20 YEARS IN
10:22AM  14    PRISON, A MAXIMUM OF $250,000 FINE, A THREE YEAR TERM OF
10:22AM  15    SUPERVISED RELEASE, A MANDATORY $100 SPECIAL ASSESSMENT, AND
10:22AM  16    RESTITUTION AND FORFEITURE AS DETERMINED BY THE COURT.
10:22AM  17              THE COURT:  MR. YE, I SAY THIS TO EVERY SINGLE
10:23AM  18    DEFENDANT, IF YOU ARE NOT A U.S. CITIZEN, YOUR CONVICTION IN
10:23AM  19    THIS CASE MAY RESULT NOT ONLY IN YOUR REMOVAL FROM THE
10:23AM  20    UNITED STATES BUT DENIAL OF U.S. CITIZENSHIP AND DENIAL OF
10:23AM  21    ADMISSION TO THE UNITED STATES IN THE FUTURE.
10:23AM  22         DO YOU UNDERSTAND THE MAXIMUM PENALTIES PROVIDED BY LAW?
10:23AM  23              THE DEFENDANT:  YES, I DO, YOUR HONOR.
10:23AM  24              THE COURT:  DO YOU ALSO UNDERSTAND THAT IN
10:23AM  25    DETERMINING A SENTENCE THE COURT HAS TO CALCULATE THE
```

```
10:23AM   1    APPLICABLE SENTENCING GUIDELINE RANGE USING THE UNITED STATES
10:23AM   2    SENTENCING GUIDELINES, AND THE COURT HAS TO CONSIDER THAT
10:23AM   3    RANGE, POSSIBLE DEPARTURES UNDER THE SENTENCING GUIDELINES AND
10:23AM   4    OTHER SENTENCING FACTORS UNDER 18 UNITED STATES CODE SECTION
10:23AM   5    3553(A) WHEN IMPOSING A SENTENCE?
10:23AM   6              THE DEFENDANT:  YES, I DO.
10:23AM   7              THE COURT:  ALL RIGHT.  I'M NEXT GOING TO ASK YOU
10:23AM   8    ABOUT RIGHTS THAT YOU HAVE TO MAKE SURE THAT YOU UNDERSTAND
10:23AM   9    YOUR RIGHTS AND THAT YOU'RE FREELY GIVING THEM UP.
10:23AM   10       SO LET ME START FIRST WITH, DO YOU UNDERSTAND THAT YOU
10:24AM   11   HAVE THE RIGHT TO A JURY TRIAL?
10:24AM   12             THE DEFENDANT:  YES, I DO.
10:24AM   13             THE COURT:  DO YOU GIVE UP THAT RIGHT?
10:24AM   14             THE DEFENDANT:  YES, I DO.
10:24AM   15             THE COURT:  DO YOU UNDERSTAND THAT YOU HAVE THE
10:24AM   16   RIGHT TO PLEAD NOT GUILTY AND TO REQUIRE THE GOVERNMENT TO
10:24AM   17   PROVE YOUR GUILT BEYOND A REASONABLE DOUBT AT TRIAL?
10:24AM   18             THE DEFENDANT:  YES, I DO.
10:24AM   19             THE COURT:  DO YOU GIVE UP THAT RIGHT?
10:24AM   20             THE DEFENDANT:  YES, I DO.
10:24AM   21             THE COURT:  AND DO YOU UNDERSTAND THAT YOU HAVE THE
10:24AM   22   RIGHT TO BE REPRESENTED BY A LAWYER AT TRIAL AND AT EVERY STAGE
10:24AM   23   OF THE PROCEEDINGS?
10:24AM   24             THE DEFENDANT:  YES, I DO.
10:24AM   25             THE COURT:  DO YOU UNDERSTAND THAT IF YOU COULD NOT
```

```
10:24AM   1    AFFORD A LAWYER, THE COURT WOULD APPOINT A LAWYER TO REPRESENT
10:24AM   2    YOU?
10:24AM   3              THE DEFENDANT:  YES, YOUR HONOR, YES, I DO.
10:24AM   4              THE COURT:  DO YOU UNDERSTAND THAT YOU HAVE THE
10:24AM   5    RIGHT AT TRIAL TO SEE, HEAR, AND ASK QUESTIONS OF WITNESSES WHO
10:24AM   6    TESTIFY AGAINST YOU?
10:24AM   7              THE DEFENDANT:  YES, I DO.
10:24AM   8              THE COURT:  DO YOU GIVE UP THAT RIGHT?
10:24AM   9              THE DEFENDANT:  YES, I DO.
10:24AM  10              THE COURT:  DO YOU UNDERSTAND THAT YOU HAVE THE
10:24AM  11    RIGHT TO TESTIFY YOURSELF AND TO PRESENT EVIDENCE AND A DEFENSE
10:24AM  12    AT TRIAL?
10:24AM  13              THE DEFENDANT:  YES, I DO.
10:24AM  14              THE COURT:  DO YOU GIVE UP THAT RIGHT?
10:24AM  15              THE DEFENDANT:  YES, I DO.
10:24AM  16              THE COURT:  DO YOU UNDERSTAND THAT YOU ALSO HAVE THE
10:24AM  17    RIGHT TO REMAIN SILENT, YOU DO NOT HAVE TO TESTIFY, YOU DO NOT
10:24AM  18    HAVE TO PRESENT ANY EVIDENCE OR A DEFENSE AT ALL?
10:25AM  19              THE DEFENDANT:  YES, I DO.
10:25AM  20              THE COURT:  DO YOU GIVE UP THAT RIGHT?
10:25AM  21              THE DEFENDANT:  YES, I DO.
10:25AM  22              THE COURT:  DO YOU UNDERSTAND THAT YOU HAVE THE
10:25AM  23    RIGHT TO CALL WITNESSES TO COME TO TRIAL TO TESTIFY IN YOUR
10:25AM  24    BEHALF AND TO HAVE THE COURT ORDER WITNESSES TO COME TO COURT
10:25AM  25    TO TESTIFY?
```

10:25AM  1          THE DEFENDANT: YES, I DO, YOUR HONOR.

10:25AM  2          THE COURT: DO YOU GIVE UP THAT RIGHT?

10:25AM  3          THE DEFENDANT: YES, I DO.

10:25AM  4          THE COURT: ALL RIGHT. DO YOU UNDERSTAND THAT IF
10:25AM  5  YOU WERE TO GO TO TRIAL AND TO BE CONVICTED, YOU WOULD HAVE THE
10:25AM  6  RIGHT TO APPEAL YOUR CONVICTION, THE JUDGMENT, YOUR SENTENCE,
10:25AM  7  AND ANY ORDERS MADE BY THE COURT?

10:25AM  8          THE DEFENDANT: YES, I DO.

10:25AM  9          THE COURT: DO YOU UNDERSTAND THAT IN PARAGRAPH 4 OF
10:25AM 10  YOUR PLEA AGREEMENT YOU HAVE GIVEN UP YOUR RIGHT TO APPEAL YOUR
10:25AM 11  CONVICTION, THE JUDGMENT, ALL ORDERS OF THE COURT, ANY ASPECT
10:25AM 12  OF YOUR SENTENCE, INCLUDING ANY FORFEITURE OR RESTITUTION, BUT
10:25AM 13  YOU HAVE KEPT THE RIGHT TO CLAIM THAT YOUR LAWYER WAS NOT
10:25AM 14  EFFECTIVE IN REPRESENTING YOU AND ALSO TO CLAIM THAT YOUR
10:25AM 15  SENTENCE VIOLATED YOUR PLEA AGREEMENT, APPLICABLE LAW, OR THE
10:26AM 16  CONSTITUTION.

10:26AM 17      DO YOU UNDERSTAND THAT THAT'S WHAT YOU'VE DONE IN
10:26AM 18  PARAGRAPH 4 OF YOUR PLEA AGREEMENT?

10:26AM 19          THE DEFENDANT: YES, I DO, YOUR HONOR. I DO
10:26AM 20  UNDERSTAND.

10:26AM 21          THE COURT: OKAY. DO YOU UNDERSTAND THAT YOU ALSO
10:26AM 22  HAVE THE RIGHT TO FILE OTHER TYPES OF MOTIONS OR PETITIONS
10:26AM 23  ATTACKING ORDERS MADE BY THE COURT, ATTACKING YOUR CONVICTION
10:26AM 24  AND YOUR SENTENCE?

10:26AM 25          THE DEFENDANT: YES.

THE COURT: BUT IN PARAGRAPH 5 OF YOUR PLEA AGREEMENT, YOU HAVE GIVEN UP YOUR RIGHT TO FILE ANY COLLATERAL ATTACK ON YOUR CONVICTION OR YOUR SENTENCE, THAT INCLUDES A PETITION UNDER 28 UNITED STATES CODE SECTION 2255 OR 2241, BUT YOU HAVE KEPT THE RIGHT TO CLAIM THAT YOUR COUNSEL WAS NOT EFFECTIVE IN REPRESENTING YOU.

DO YOU UNDERSTAND THAT, SIR?

THE DEFENDANT: YES, I DO.

THE COURT: ALL RIGHT. MS. ARMBRUST, WOULD YOU PLEASE STATE THE GOVERNMENT'S OFFER OF PROOF.

MS. ARMBRUST: YES, YOUR HONOR. IF THIS CASE PROCEEDED TO TRIAL THE GOVERNMENT WOULD BE PREPARED TO PROVE FACTS SET FORTH IN PARAGRAPH 2 OF THE PLEA AGREEMENT FROM PAGE 2 ON TO PAGE 4 OF THE AGREEMENT.

SPECIFICALLY, THE GOVERNMENT WOULD BE PREPARED TO PROVE THAT FROM AT LEAST DECEMBER 2014 AND THROUGH DECEMBER 2017 THAT MR. YE WORKED AS THE OFFICE MANAGER FOR THE LAW FIRM OF JEAN D. CHEN IN SAN JOSE AND IN SAN FRANCISCO, AND THAT JEAN CHEN WAS MR. YE'S WIFE AND ALSO AN ATTORNEY.

THE GOVERNMENT WOULD BE PREPARED TO PROVE THAT THAT LAW FIRM REPRESENTED INDIVIDUALS, INCLUDING FOREIGNERS, WHO WERE APPLYING FOR VISAS TO REMAIN IN THE UNITED STATES.

THE GOVERNMENT WOULD BE PREPARED TO PROVE THAT MR. YE CONSPIRED WITH JEAN CHEN STARTING IN OR ABOUT DECEMBER 2014 TO OBSTRUCT THE LAWFUL FUNCTIONS OF USCIS WHICH THE GOVERNMENT

```
10:27AM   1    WOULD PROVE IS A COMPONENT OF THE DEPARTMENT OF HOMELAND
10:27AM   2    SECURITY, AND THAT THEY DID THIS BY ACTING CONTRARY TO
10:28AM   3    REPRESENTATIONS IN EB-5 VISA APPLICATIONS.  EB-5 IS THE
10:28AM   4    EMPLOYMENT-BASED IMMIGRATION FIFTH PREFERENCE PROGRAM OPERATED
10:28AM   5    BY USCIS, AND THESE APPLICATIONS WERE PREPARED BY AND SUBMITTED
10:28AM   6    BY THE LAW FIRM.
10:28AM   7         THE GOVERNMENT WOULD BE PREPARED TO PROVE THAT ALONG WITH
10:28AM   8    MS. CHEN, THAT MR. YE SPOKE WITH AND ENCOURAGED FOREIGN
10:28AM   9    INVESTORS TO INVEST IN PROJECTS THAT WERE BEING DEVELOPED BY
10:28AM  10    CERTAIN REGIONAL CENTERS, INCLUDING THE GOLDEN STATE REGIONAL
10:28AM  11    CENTER, AND THAT MR. YE MADE REPRESENTATIONS TO SOME FOREIGN
10:28AM  12    INVESTORS THAT SUCH INVESTMENTS WOULD BE QUALIFIED UNDER THE
10:28AM  13    RULES OF THE EB-5 VISA PROGRAM, AND THAT THE GOVERNMENT WOULD
10:28AM  14    PROVE THAT FOREIGN INVESTORS DID OBTAIN THE LAW FIRM OF
10:28AM  15    JEAN CHEN TO PREPARE AND SUBMIT EB-5 VISA APPLICATIONS ON THEIR
10:28AM  16    BEHALF.
10:28AM  17         THE GOVERNMENT WOULD PROVE THAT THE SUBSCRIPTION DOCUMENTS
10:28AM  18    FROM THESE INVESTMENTS, WHICH WERE INCLUDED IN THE EB-5 VISA
10:29AM  19    APPLICATIONS THAT WERE SUBMITTED BY THE LAW FIRM OF JEAN CHEN
10:29AM  20    TO USCIS IDENTIFIED AN INDIVIDUAL K.R. AS BEING THE MANAGER OF
10:29AM  21    THE GOLDEN STATE REGIONAL CENTER, AND REPRESENTED THAT K.R.
10:29AM  22    FULLY CONTROLLED GOLDEN STATE REGIONAL CENTER AND ITS
10:29AM  23    OPERATIONS AND THAT THE SUBSCRIPTION DOCUMENTS STATED THAT
10:29AM  24    GOLDEN STATE REGIONAL CENTER AND THE INVESTORS WOULD BE
10:29AM  25    REPRESENTED EACH BY SEPARATE COUNSEL.
```

```
10:29AM   1              THE GOVERNMENT WOULD PROVE THAT THESE WERE DECEPTIVE
10:29AM   2    STATEMENTS BECAUSE MR. YE AND MS. CHEN WERE THE SOLE
10:29AM   3    SIGNATORIES ON THE BANK ACCOUNTS OF GOLDEN STATE REGIONAL
10:29AM   4    CENTER AS WELL AS THE BANK ACCOUNTS FOR TWO OF THE LIMITED
10:29AM   5    LIABILITY COMPANIES OWNED BY GOLDEN STATE BAY AREA INVESTMENT
10:29AM   6    FUND I AND BAY AREA INVESTMENT FUND II, WHICH USCIS RECOGNIZED
10:29AM   7    AS BEING QUALIFIED INVESTMENTS FOR THE EB-5 PROGRAM.
10:29AM   8              THE GOVERNMENT WOULD PROVE THAT MR. YE AND MS. CHEN AS THE
10:30AM   9    SOLE SIGNATORIES FOR THESE BANK ACCOUNTS CONTROLLED THE ASSETS
10:30AM  10    OF THE ENTITIES AND INFLUENCED THE OPERATIONS OF THOSE ENTITIES
10:30AM  11    BUT THAT THE SUBSCRIPTION DOCUMENTS DID NOT DISCLOSE MR. YE'S
10:30AM  12    OR MS. CHEN'S CONTROL OVER THE BANK ACCOUNTS FOR GOLDEN STATE
10:30AM  13    REGIONAL CENTER, BAY AREA INVESTMENT FUND I OR II OR THEIR
10:30AM  14    INFLUENCE OVER THOSE OPERATIONS.
10:30AM  15              THE GOVERNMENT WOULD ALSO OFFER INTO EVIDENCE THE
10:30AM  16    INVESTMENT -- THE VISA APPLICATIONS FOR TEN INDIVIDUALS.  THESE
10:30AM  17    ARE I-529 VISA APPLICATIONS AND THOSE ARE THE VISA APPLICATIONS
10:30AM  18    IDENTIFIED FOR Y.F., Y.G., C.L., X.P., H.Z., M.D., AND H.T, WHO
10:30AM  19    INVESTED IN BAY AREA INVESTMENT FUND I, AND ALSO THE THREE
10:30AM  20    INVESTMENTS OF T.N., P.C., AND W.L. WHO INVESTED IN BAY AREA
10:31AM  21    INVESTMENT FUND II AS PROOF OF THE FALSITY OF THE DISCLOSURES
10:31AM  22    IN THE SUBSCRIPTION AGREEMENTS.
10:31AM  23              THE GOVERNMENT ALSO WOULD BE PREPARED TO PROVE THAT
10:31AM  24    STARTING IN OR ABOUT JUNE OF 2016 AND ONWARD, THAT MR. YE KNEW
10:31AM  25    OF THE EXISTENCE OF AN INVESTIGATION BY THE UNITED STATES
```

```
10:31AM   1    SECURITIES AND EXCHANGE COMMISSION INTO THE LAW FIRM OF
10:31AM   2    JEAN CHEN, AND AMONG OTHER THINGS, THAT THE INVESTIGATION
10:31AM   3    RELATED TO THE PAYMENT OF REFERRAL OR FINDERS' FEES BY FOREIGN
10:31AM   4    INVESTORS TO MR. YE AND MS. CHEN.
10:31AM   5         THE GOVERNMENT WILL BE PREPARED TO INTRODUCE INTO EVIDENCE
10:31AM   6    THAT AN INDIVIDUAL B.L. POSSESSED EMAILS THAT HAD BEEN SENT
10:31AM   7    BETWEEN AND AMONG B.L., THE LAW FIRM, AND FOREIGN INVESTORS
10:31AM   8    THAT MIGHT HAVE BEEN RELEVANT TO THE S.E.C.'S INVESTIGATION.
10:31AM   9         AND THE GOVERNMENT WOULD BE PREPARED TO PROVE THAT ONE
10:31AM  10    EVENING IN 2018 THAT B.L. CAME TO THE LAW FIRM TO MEET WITH
10:32AM  11    MR. YE AND MS. CHEN.  MR. YE WAS AWARE OF THAT BEFORE THAT
10:32AM  12    MEETING MS. CHEN HAD ASKED B.L. TO DELETE SOME OF THE EMAILS
10:32AM  13    THAT MAY HAVE BEEN RELEVANT TO THE S.E.C.'S INVESTIGATION AND
10:32AM  14    ALSO HAD PROVIDED HANDWRITTEN NOTES TO B.L. IDENTIFYING CERTAIN
10:32AM  15    CATEGORIES OF EMAILS TO BE DELETED.
10:32AM  16         THE GOVERNMENT WOULD ALSO OFFER INTO EVIDENCE PROOF THAT
10:32AM  17    IN THAT MEETING OF 2018 AND EARLY 2018 MS. CHEN SPOKE TO B.L.
10:32AM  18    ABOUT THE EMAILS AND EXPRESSED A DESIRE TO DELETE EMAILS
10:32AM  19    RELATING TO PAYMENTS OF REFERRALS OR FINDERS' FEES AND THAT
10:32AM  20    MR. YE AND MS. CHEN PERSUADED B.L. TO PROVIDE HER IPAD TO
10:32AM  21    MR. YE TO LOG INTO HER EMAIL ACCOUNT FROM A LAPTOP AND THEN
10:32AM  22    GIVE MR. YE ACCESS TO THAT EMAIL ACCOUNT.
10:32AM  23         THE GOVERNMENT WOULD ALSO BE PREPARED TO PROVE THAT AFTER
10:32AM  24    THE MEETING AT THE LAW FIRM, B.L., EXCUSE ME, PROVIDED HER
10:33AM  25    LAPTOP TO MR. YE AND THAT IN HER PRESENCE MR. YE DELETED SOME
```

```
10:33AM   1    OF B.L.'S EMAILS THAT RELATED TO PAYMENTS OF REFERRAL OR
10:33AM   2    FINDERS' FEES BY FOREIGN INVESTORS.
10:33AM   3             THE COURT:  MR. YE, DID YOU HEAR AND UNDERSTAND THE
10:33AM   4    FACTS THAT THE GOVERNMENT IS PREPARED TO PROVE?
10:33AM   5             THE DEFENDANT:  YES, I DID.
10:33AM   6             THE COURT:  AND ARE THOSE FACTS TRUE AND CORRECT?
10:33AM   7             THE DEFENDANT:  YES.
10:33AM   8             THE COURT:  AND WHAT IS YOUR PLEA TO THE CHARGE OF
10:33AM   9    CONSPIRACY TO DEFRAUD THE UNITED STATES?  IT'S ALLEGED TO HAVE
10:33AM  10    HAPPENED ON OR ABOUT DECEMBER 2014 AND CONTINUING UNTIL ON OR
10:33AM  11    ABOUT DECEMBER 18TH, 2017, IN THE NORTHERN DISTRICT OF
10:33AM  12    CALIFORNIA IN VIOLATION OF 18 UNITED STATES CODE SECTION 371?
10:33AM  13             THE DEFENDANT:  YES, I DO, I TAKE RESPONSIBILITY.
10:33AM  14             THE COURT:  OKAY.  SIR, OUR PLEAS ARE GUILTY OR NOT
10:34AM  15    GUILTY.
10:34AM  16             THE DEFENDANT:  I'M GUILTY.
10:34AM  17             THE COURT:  ALL RIGHT.
10:34AM  18         LET'S GO TO COUNT TWO.  WHAT IS YOUR PLEA TO THE CHARGE
10:34AM  19    THAT YOU OBSTRUCTED JUSTICE IN VIOLATION OF 18 U.S.C. SECTION
10:34AM  20    1512(B)(3) ON OR ABOUT JUNE 2016 THROUGH ON OR ABOUT
10:34AM  21    DECEMBER 8TH, 2017 IN THE NORTHERN DISTRICT OF CALIFORNIA?
10:34AM  22             THE DEFENDANT:  I'M GUILTY.
10:34AM  23             THE COURT:  MR. COWAN, DO YOU CONCUR IN MR. YE'S
10:34AM  24    WAIVER OF RIGHTS AND ENTRY OF GUILTY PLEAS TO COUNT ONE AND TWO
10:34AM  25    OF THE SUPERSEDING INFORMATION?
```

```
10:34AM   1              MR. COWAN:  YES, YOUR HONOR.
10:34AM   2              THE COURT:  THE COURT ACCEPTS THE PLEAS AND FINDS
10:34AM   3   THAT MR. YE HAS MADE A KNOWING, INTELLIGENT, FREE AND VOLUNTARY
10:34AM   4   WAIVER OF RIGHTS AND ENTRIES OF GUILTY PLEAS TO COUNTS ONE AND
10:34AM   5   TWO OF THE SUPERSEDING INFORMATION.
10:34AM   6         THERE IS AN INDEPENDENT FACTUAL BASIS FOR EACH ELEMENT OF
10:34AM   7   THE OFFENSE.  I'M REFERRING THIS MATTER TO THE UNITED STATES
10:35AM   8   PROBATION OFFICE FOR THE PREPARATION OF A PRESENTENCE REPORT.
10:35AM   9         I'M ALSO VACATING OUR PRETRIAL CONFERENCE DATE OF
10:35AM  10   AUGUST 18TH, OUR JURY TRIAL DATE OF SEPTEMBER 10TH, AND THE
10:35AM  11   PRETRIAL FILING DEADLINES OF JULY 7, 28, AND AUGUST 24.
10:35AM  12         WHEN WOULD YOU LIKE TO SET THE SENTENCING?
10:35AM  13              MS. ARMBRUST:  YOUR HONOR, WE HAVE CONFERRED AND
10:35AM  14   HAVE ASKED FOR SEPTEMBER 22ND.
10:35AM  15              THE COURT:  ALL RIGHT.  AND, MS. DIBBLE, DOES THAT
10:35AM  16   WORK FOR US?
10:35AM  17              THE CLERK:  YES, IT DOES.
10:35AM  18              THE COURT:  OKAY.  THAT'S FINE.  OUR SENTENCING WILL
10:35AM  19   BE SEPTEMBER 22ND.  WE'LL SET IT AT 9:15 A.M.  IF THAT TIME
10:35AM  20   NEEDS TO CHANGE, MS. DIBBLE WILL CONSULT WITH YOU AND MAKE SURE
10:35AM  21   IT'S A CONVENIENT TIME WHENEVER OUR SCHEDULING IS -- WHENEVER
10:35AM  22   OUR SENTENCING IS SCHEDULED THAT DAY.
10:35AM  23         IS THERE ANYTHING FURTHER FOR MR. YE TODAY?
10:35AM  24              MS. ARMBRUST:  YOUR HONOR, MR. YE IS OUT ON PRETRIAL
10:35AM  25   RELEASE.  HE HAS NOW PLED GUILTY, BUT I BELIEVE THAT MR. COWAN
```

|  |  |
|---|---|
| 10:35AM 1 | WILL MAKE A PROFFER, AND THE GOVERNMENT DOES NOT OBJECT, IF THE |
| 10:36AM 2 | COURT FINDS THAT THERE'S EXTRAORDINARY AND COMPELLING REASONS |
| 10:36AM 3 | TO WARRANT HIS PRETRIAL RELEASE. |
| 10:36AM 4 |      THE COURT:  ALL RIGHT.  MR. COWAN, WOULD YOU LIKE TO |
| 10:36AM 5 | GO AHEAD AND MAKE THAT PRESENTATION, PLEASE? |
| 10:36AM 6 |      MR. COWAN:  YES, YOUR HONOR, JUST BRIEFLY.  FOR THE |
| 10:36AM 7 | REASONS THAT HE'S ON PRETRIAL RELEASE IN THE FIRST PLACE, |
| 10:36AM 8 | PARTLY HAVING TO DO WITH SUPERVISION OF HIS DAUGHTER BUT ALSO |
| 10:36AM 9 | BECAUSE MR. YE'S ELDERLY PARENTS WHO ARE BOTH IN THEIR 80S AND |
| 10:36AM 10 | THEY'RE IN POOR HEALTH LIVE WITH THEM AND HE'S THEIR PRIMARY |
| 10:36AM 11 | CARETAKER AND RESPONSIBLE FOR TAKING THEM TO MEDICAL |
| 10:36AM 12 | APPOINTMENTS AND ESSENTIALLY KEEPING AN EYE ON THEM, SO WE |
| 10:36AM 13 | WOULD SUBMIT THAT THOSE ARE EXTRAORDINARY CIRCUMSTANCES THAT |
| 10:36AM 14 | WOULD WARRANT THE CONTINUATION ON HIS CURRENT TERMS OF PRETRIAL |
| 10:36AM 15 | RELEASE. |
| 10:36AM 16 |      THE COURT:  AND, MS. ARMBRUST, MR. YE'S WIFE, WHO IS |
| 10:36AM 17 | A -- OR MAYBE FORMER WIFE, I DON'T KNOW THE CURRENT STATUS OF |
| 10:36AM 18 | THEIR MARRIAGE, BUT SHE'S THE LEAD DEFENDANT IN THIS CASE, |
| 10:36AM 19 | JEAN CHEN, YOUR OFFICE HAS PREVIOUSLY -- WELL, SHE IS A |
| 10:37AM 20 | FUGITIVE. |
| 10:37AM 21 |      MS. ARMBRUST:  YES, YOUR HONOR. |
| 10:37AM 22 |      THE COURT:  YOU'VE PREVIOUSLY REPRESENTED THAT SHE'S |
| 10:37AM 23 | PERHAPS IN CHINA WITH MILLIONS OF DOLLARS TAKEN FROM THIS |
| 10:37AM 24 | ALLEGED SCHEME. |
| 10:37AM 25 |    DO YOU HAVE ANY CONCERN THAT MR. YE HIMSELF WILL FLEE |

| | | |
|---|---|---|
| 10:37AM | 1 | BEFORE ANY SELF-SURRENDER DATE IF HE'S ALLOWED TO REMAIN OUT ON |
| 10:37AM | 2 | PRETRIAL SUPERVISION? |
| 10:37AM | 3 |       MS. ARMBRUST:  NO, NOT AT THIS TIME.  YOUR HONOR, |
| 10:37AM | 4 | THERE'S FAMILY TIES HERE, INCLUDING A MINOR CHILD, AND MR. YE |
| 10:37AM | 5 | HAS NOT FLED DURING THE PENDENCY OF THIS CASE.  I UNDERSTAND |
| 10:37AM | 6 | THE TAKING OF THE PLEA IS A DIFFERENT EVENT, BUT I THINK FOR |
| 10:37AM | 7 | THE REASONS THAT MR. COWAN PROFFERED, THE GOVERNMENT IS |
| 10:37AM | 8 | COMFORTABLE ALLOWING HIM TO REMAIN ON PRETRIAL RELEASE PENDING |
| 10:37AM | 9 | SENTENCING. |
| 10:37AM | 10 |       THE COURT:  ALL RIGHT.  I'LL MAKE THE FINDINGS THAT |
| 10:37AM | 11 | HAVE BEEN REQUESTED, AND I'LL ALLOW MR. YE TO CONTINUE UNDER |
| 10:37AM | 12 | THE SAME TERMS AND CONDITIONS OF HIS RELEASE THUS FAR. |
| 10:37AM | 13 | SO YOU STILL NEED TO COMPLY WITH THE CONDITIONS THAT WERE |
| 10:37AM | 14 | PREVIOUSLY IMPOSED FOR YOU TO BE RELEASED.  ALL RIGHT? |
| 10:37AM | 15 |       MR. COWAN:  THANK YOU, YOUR HONOR, YES. |
| 10:37AM | 16 |       THE DEFENDANT:  THANK YOU, YOUR HONOR. |
| 10:37AM | 17 |       THE COURT:  ANYTHING MORE FOR TODAY? |
| 10:37AM | 18 |       MS. ARMBRUST:  NOT FROM THE GOVERNMENT.  THANK YOU, |
| 10:37AM | 19 | YOUR HONOR. |
| 10:37AM | 20 |       MR. COWAN:  NO, YOUR HONOR.  THANK YOU. |
| 10:37AM | 21 |       THE COURT:  ALL RIGHT.  THANK YOU ALL VERY MUCH. |
| 10:38AM | 22 | ALL RIGHT.  TAKE CARE.  WE'LL SEE YOU IN SEPTEMBER.  THANK YOU. |
| 10:38AM | 23 |       THE DEFENDANT:  THANK YOU. |
| 10:38AM | 24 |       THE CLERK:  THANK YOU.  COURT IS ADJOURNED. |
| 10:38AM | 25 |       THE COURT:  ALL RIGHT.  THANK YOU. |

10:38AM    1            (COURT CONCLUDED AT 10:38 A.M.)

```
 1
 2
 3                        CERTIFICATE OF REPORTER
 4
 5
 6
 7         I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE
 8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
 9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO
10    HEREBY CERTIFY:
11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS
12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE
13    ABOVE-ENTITLED MATTER.
14
15
                            _____
16                          IRENE RODRIGUEZ, CSR, RMR, CRR
                            CERTIFICATE NUMBER 8074
17
18
                            DATED:  MARCH 31, 2025
19
20
21
22
23
24
25
```